No. 09-8100. Ra'Zulu Ukawabutu, Petitioner v. Michelle R. Ricci, Associate Administrator, New Jersey State Prison, et al.

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1471.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-8103. Ronnie Lee, Petitioner v. California.

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1484.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 09-8104. Laurie Marie Laskey, Petitioner v. Platt Electric Supply, Inc.

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1402,

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-8107. Micah Austin Patterson, Petitioner v. California.

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1165.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

No. 09-8108. James Parmer, Petitioner v. Idaho Correctional Corporation, et al.

559 U.S. 950, 130 S. Ct. 1532, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1431.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8110. Herman Shaw, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1282.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8114. Frank Williams, Petitioner v. Illinois.

559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1203.

February 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1140, 367 Ill. Dec. 610, 982 N.E.2d 288.

No. 09-8119. Sherwood Brown, Petitioner v. United States.

559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1112,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 331 Fed. Appx. 624.

No. 09-8122. Gary A. Parmelee, Petitioner v. Bill McCollum, Attorney General of Florida, et al.

559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1311,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-8123. James Phillips, Petitioner v. United States.

559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1327.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.